IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTHONY E. OWENS                                    PLAINTIFF

      v.              Civil No. 10-5006

SHERIFF KEITH FERGUSON,
ET AL.                                                DEFENDANTS

## O R D E R

NOW on this 23rd day of February 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #3), filed on January 8, 2010. Plaintiff Anthony Owens has filed objections to the Report and Recommendation (document #4).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, **adopted *in toto***.

Accordingly, the Court hereby adopts the Report and Recommendation; **denies** Plaintiff's application to proceed *in forma pauperis*; and **dismisses this action without prejudice**.

**IT IS SO ORDERED.**

                                       **/s/ Jimm Larry Hendren**
                                       **JIMM LARRY HENDREN**
                                       **UNITED STATES DISTRICT JUDGE**